UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW SCOTT KORA | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 20-327-JWD-RLB |
| ANDREW M. SAUL<br>COMMISSIONER OF SOCIAL SECURITY | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 11, 2021 (Doc. 16), to no objection was filed,

**IT IS ORDERED** that the decision of the Commissioner is AFFIRMED, and Plaintiff's appeal is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 26, 2021</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**